IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 | |
| --- | --- | --- | --- |
| | : | | |
| **JOHN A. CAVALIER** | : | Case No. | **17-20852-CMB** |
| | : | | |
| Debtor | : | Doc No. | |

## EMPLOYEE INCOME RECORD

| Date | 9/1/2016 | 10/1/2016 | 11/1/2016 | 12/1/2016 | 1/1/2017 | 2/1/2017 |
| --- | --- | --- | --- | --- | --- | --- |
| Social Security | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 |
| Total | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 |

DATED:    3/30/3017

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd, Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net