IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                          :    Bankruptcy No. **17-20852-CMB**
    **John Cavalier**                                          :
                                                                :    Chapter **13**
                                                                :
    Debtor                                                      :
                                                                :    Related to Document No.
    **John Cavalier**                                          :
Movant                                                                          :
                                                                :
    v.                                                          :
                                                                :
No Respondent                                                                   :

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Michael S. Geisler, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: _____
   Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 372-2513**
Phone No.
**Pa I.D. No. 39414**
List Bar I.D. and State of Admission

Champion Mortgage Group
10935 Estate Ln # 100B
Dallas, TX 75238

First National Bank of Omaha
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

KML Law Group
Suite 5000 - Mellon Independence Center
Philadelphia, PA 19106