Form 221

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John Cavalier**
    Debtor(s)

Bankruptcy Case No.: 17–20852–CMB
Chapter: 13
Related To Document No.: 39
Concil. Conf.: January 10, 2019 at 03:00 PM

## ORDER

On November 7, 2018, a hearing was conducted on the Motion for Relief from the Automatic Stay filed by Nationstar Mortgage LLC, at which time the Court determined that an Amended Plan is necessary.

**AND NOW,** this **The 8th of November, 2018**, it is hereby **ORDERED, ADJUDGED** and ***DECREED*** that:

(1) **On or before November 21, 2018,** the Debtor(s) shall file and serve a copy of this *Order* and a *Notice of Proposed Modification to Confirmed Plan*, and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

(2) **On or before December 21, 2018,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On January 10, 2019 at 03:00 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file a *Notice of Proposed Modification to Confirmed Plan*, an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: November 8, 2018

cm: Debtor
    Michael S. Geisler, Esq.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20852-CMB
John Cavalier                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric              Page 1 of 1             Date Rcvd: Nov 08, 2018
                                Form ID: 221            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db             +John Cavalier,    600 Lewis Avenue,    Jeannette, PA 15644-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor John   Cavalier m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4