# PROCEEDING MEMO

**Date:** 11/07/2018 11:00 am

**In re:** John Cavalier

Bankruptcy No. 17-20852-CMB
Chapter: 13
Doc. # 33

**Appearances:**

**Movant(s):** James Warmbrodt, Esq. for Movant

**Respondent(s):** Michael S. Geisler, Esq. for Respondent/Debtor

**Creditor(s):**

**Nature of Proceeding:** # 33 Motion for Relief from Stay

**Additional Pleadings:** #37 Amended Notice of Hearing
#38 Debtor's Response

**Judge's Notes:**

**Outcome:**

\_\_\_\_Motion is GRANTED\_\_\_\_Order Entered
\_\_\_\_Motion is DENIED\_\_\_\_Order entered
\_\_\_\_Motion WITHDRAWN
\_\_\_\_Motion is DISMISSED\_\_\_\_Order entered
\_\_\_\_Reschedule for Proper Service
\_\_\_\_Case DISMISSED\_\_\_\_Order entered
\_\_\_\_Parties to submit Order/Settlement/Stipulation by\_\_\_\_days
\_\_\_\_CONTINUED MATTER: \_\_\_\_for at least\_\_\_\_days (Court to Issue Order)
\_\_\_\_ISSUE EVIDENTIARY HEARING NOTCE
\_\_\_\_Discovery time needed\_\_\_\_days
\_\_\_\_Briefs to be filed:   Movant(s) brief due\_\_\_\_days
                           Respondent(s) brief due\_\_\_\_days
                           Trustee's brief due\_\_\_\_days

Warmbrodt: Reverse mortgage, Debtor hasn't paid 2017 or 2018 taxes.
Geisler: He is current on plan payments, but post-petition taxes haven't been paid.
Amended plan to be filed within two weeks.
Conciliation January 10, 2019 at 3:00pm
Continued to Feb. 13, 2019 at 11:00am

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/8/18 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                         Case No. 17-20852-CMB
John Cavalier                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Nov 08, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db             +John Cavalier,   600 Lewis Avenue,   Jeannette, PA 15644-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor John   Cavalier m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4