# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>John Cavalier<br>　　　　　Debtor<br><br>Nationstar Mortgage LLC d/b/a Champion Mortgage Company<br>　　　　　Movant<br>　　　v.<br>John Cavalier<br>Ronda J. Winnecour, Trustee<br>　　　　　Respondents | Case No. 17-20852 CMB<br><br>CHAPTER 13<br><br>Related to Documents 33, 38<br><br>Hearing date & time:<br>February 13, 2019 @ 11:00 a.m. |

## ORDER OF COURT

AND NOW, this __11th__ day of ____February____, 2019, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice.

FILED
2/11/19 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm　dmk
Chief United States Bankruptcy Court Judge

Consented to by:

*/s/ Michael S. Geisler, Esquire*
Michael S. Geisler, Esquire
Attorney for Debtor
201 Penn Center Blvd
Suite 524
Pittsburgh, PA 15235
Phone: 412-613-2133
m.s.geisler@att.net

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
jwarmbrodt@kmllawgroup.com

***/s/Owen Katz Esquire***
Owen Katz, Esquire
Office of the Chapter 13 Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Phone: 412-471-5566
okatz@chapter13trusteewdpa.com

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                       Case No. 17-20852-CMB
John Cavalier                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 1          Date Rcvd: Feb 11, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db             +John Cavalier,    600 Lewis Avenue,    Jeannette, PA 15644-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor John   Cavalier m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca   Solarz    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company
               bkgroup@kmllawgroup.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5