IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **JOHN CAVALIER,** | : | Case No. **17-20852-GLT** |
| *Debtor,* | : | |
| | : | Related to Doc. Nos. 51 |
| **JOHN CAVALIER**, | : | & 52 |
| *Movant,* | : | |
| vs | : | Hearing Date: 8/22/2019 |
| | : | at 9:00 A.M. |
| **DIRECTV, LLC., BY AMERICAN INFOSOURCE LP AS AGENT, FIRST NATIONAL BANK OF OMAHA, NATIONSTAR MORTGAGE LLC., D/B/A CHAMPION MORTGAGE GROUP, ONE MAIN, PORTFOLIO RECOVERY ASSOCIATES, LLC., WEST PENN POWER, and RONDA J. WINNECOUR, TRUSTEE,** | : : : : : : | |
| *Respondents* | : | |

# CERTIFICATE OF SERVICE OF AMENDED PLAN DATED 8/13/2019

I, MICHAEL S. GEISLER, ESQUIRE, hereby certify that I have served the Amended Plan and Notice of Proposed Plan Modification Dated 8/13/2019, the Court's Order and Proof of Payment on the parties at the below addresses on 8/14/2019 by First Class Mail, Postage Prepaid except as indicated below:

RONDA J. WINNECOUR, TRUSTEE            (BY ELECTRONIC MEANS)
3250 U.S. Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE            (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Directv, LLC
by American InfoSource LP as agent
P.O. Box 5008
Carol Stream, IL 60197-5008

First National Bank of Omaha
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

Nationstar Mortgage LLC
c/o Champion Mortgage Company
8950 Cypress Waters Boulevard
Coppell, TX 75019

One Main
P.O. Box 3251
Evansville, IN 47731-3251

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Rebecca Solarz, Esquire                    (BY ELECTRONIC MEANS)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

James Warmbrodt, Esquire                  (BY ELECTRONIC MEANS)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

West Penn Power
5001 NASA Blvd
Fairmont WV 26554


EXECUTED ON: 8/14/2019                    /s/ Michael S. Geisler
                                          _____
                                          **MICHAEL S. GEISLER, ESQUIRE**
                                          Attorney for Debtor(s)

                                          201 Penn Center Blvd., Suite 524
                                          Pittsburgh, PA 15235
                                          Tele: (412) 613-2133
                                          Fax: (412) 372-2513
                                          Pa. I.D. No. 39414