## PROCEEDING MEMO

**Date:** 12/18/2019 10:00 am

**In re:** John Cavalier

Bankruptcy No. 17-20852-CMB
Chapter: 13
Doc. # 60

**Appearances:** James C. Warmbrodt, Esq.
Michael S. Geisler, Esq.
Katz /

**Nature of Proceeding:** #60 Motion for Relief from Stay
re: 600 Lewis Avenue, Jeannette, PA 15644

**Additional Pleadings:** #61 Notice of Hearing
#63 CNO
#64 Debtor's Response

**Judge's Notes:**

Amended plan to be ifled by 1/25, creditor to provide documents within 30 days from 12/18/19
conciliation to occur 2/6/20 at 11
hearing continued to 2/19/20 at 10:00

FILED
12/18/19 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                            Case No. 17-20852-CMB
John Cavalier                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Dec 18, 2019
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.
db          +John Cavalier,   600 Lewis Avenue,   Jeannette, PA 15644-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
          James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkgroup@kmllawgroup.com
          Michael S. Geisler   on behalf of Debtor John Cavalier m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Rebecca Solarz   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkgroup@kmllawgroup.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                       TOTAL: 5