# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** JOHN CAVALIER
- **Case Number:** 17-20852-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 06, 2020 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#54 - Continued Confirmation of Plan Dated 8/13/19 (FC)
(Amended plan due 1/25 - nothing filed)
R / M #: 0 / 0

### Appearances:

- **Debtor:** Geisler
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:** Wambradt : Nationstar

### Proceedings:

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to  3-26-20  at  11:00 .
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___ .
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ✓ Other:

Cont for amended plan and motion for relief from stay.

FILED

FEB 07 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/29/2020   3:32:12PM