## PROCEEDING MEMO

Date: 02/19/2020 10:00 am

In re:    John Cavalier

                                                     Bankruptcy No. 17-20852-CMB
                                                     Chapter: 13
                                                     Doc. # 60

Appearances:  James C. Warmbrodt, Esq. ✓
                 Michael S. Geisler, Esq. ✓
                 Winnecour / Pail / Katz / DeSimone ✓

Nature of Proceeding:  #60 Continued Motion for Relief from Stay
                                    re: 600 Lewis Avenue, Jeannette, PA 15644

Additional Pleadings:  #61 Notice of Hearing
                             #63 CNO
                             #64 Debtor's Response

Judge's Notes:

*- granted*

*- enter Order granting Relief from Stay then Dismiss case w/o prejudice.*

FILED
2/19/20 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                                          Carlota M. Böhm
                                                                          Chief U.S. Bankruptcy Judge