**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JOHN CAVALIER | Case No.:17-20852 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/05/2017 and confirmed on 05/12/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,230.00 |
| Less Refunds to Debtor | 1,221.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,008.90 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,800.00 | |
| Trustee Fee | 704.77 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,504.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A CHAN<br>Acct: 5888 | 10,934.04 | 10,934.04 | 0.00 | 10,934.04 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A CHAN<br>Acct: 5888 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 10,934.04 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN CAVALIER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN CAVALIER<br>Acct: | 1,221.10 | 1,221.10 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A CHAN<br>Acct: 5888 | 212.08 | 212.08 | 0.00 | 212.08 |

| 17-20852 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A CHAM | | 1,048.01 | 1,048.01 | 0.00 | 1,048.01 |
|    Acct: 5888 | | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A CHAM | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5888 | | | | | |
| CLERK, U S BANKRUPTCY COURT | | 310.00 | 310.00 | 0.00 | 310.00 |
|    Acct: XXXXXXXX CMB | | | | | |
| | | | | | 1,570.09 |
| Unsecured | | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | | 461.64 | 0.00 | 0.00 | 0.00 |
|    Acct: 5937 | | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | | 596.84 | 0.00 | 0.00 | 0.00 |
|    Acct: 5704 | | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | | 8,732.85 | 0.00 | 0.00 | 0.00 |
|    Acct: 7167 | | | | | |
| WEST PENN POWER* | | 196.79 | 0.00 | 0.00 | 0.00 |
|    Acct: 2551 | | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | | 188.09 | 0.00 | 0.00 | 0.00 |
|    Acct: 8958 | | | | | |
| SYNCHRONY BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXPRAE | | | | | |
| JAMES C WARMBRODT ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 12,504.13 |
|---|---|---|

TOTAL CLAIMED
PRIORITY         1,570.09
SECURED        10,934.04
UNSECURED    10.176.21

Date: 03/05/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com